

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 19, 2020

**BY AND EMAIL**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Fred Mastroianni*, 20 MJ 8870

Dear Judge Davison:

    The Government respectfully requests that the amended complaint in the above-referenced case be unsealed as the defendant has now been arrested and presented on the complaint.

SO ORDERED 10/19/20

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

by: /s/ Courtney Heavey
Courtney Heavey
Assistant United States Attorney
(914) 993-1927