UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Fred Mastroainni

                Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

8870
20-mj-~~11107~~

Defendant Fred Mastroianni hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

/s/ Fred Mastroani
Defendant's Signature by permission
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Defendant's Counsel's Signature

_____
Print Defendant's Name

PETER T. GOODRICH
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/16/20
Date

U.S. District Judge/U.S. Magistrate Judge